IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01473-RM-KMT | Date: | January 12, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*          *Counsel:*

DILLON COMPANIES, INC. d/b/a KING SOOPERS,     Raymond Deeny
                                                                                              Jonathan Watson

   Plaintiff,

v.

UNITED FOOD AND COMMERCIAL WORKERS,     Todd McNamara
LOCAL 7,                                                                                           John Bowen

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:30 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding Defendant taking the deposition of Plaintiff's lead counsel, Raymond Deeny, specifically directed at Plaintiff's Sixth Claim for Relief.

Court finds Defendant has not satisfied the criteria to allow it to take the deposition of opposing counsel at this time; to wit, the Defendant has not shown that the information sought can only be obtained by taking Mr. Deeny's deposition.

**ORDERED:**    **Plaintiff's Motion for Protective Order [28] is GRANTED, for reasons stated on record.**

Discussion regarding case scheduling and possible future need to extend deadlines.

Discussion regarding currently allowable length of Ms. Bouknight's deposition. Court declines to reconsider the previous ruling that Defendant may have 14 hours of testimonial deposition time with Ms. Bouknight.

**2:25 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time    00:55
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.