IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No: 14-cv-01473-RM-KMT  Date: April 8, 2015
Courtroom Deputy:   Amanda Montoya  FTR:   Courtroom C-201

*Parties:*                                                                 *Counsel:*

DILLION COMPANIES INC.,                                 Jonathon Watson
*Doing business as*
King Soopers,

   Plaintiffs,

v.

UNITED FOOD AND COMMERCIAL                   Matthew Shechter
WORKERS, LOCAL 7,                                           John Bowen
                                                                              Jamie Scubelek

   Defendant,

ROBERT D. YOUNGER,                                        *Pro se* (appearing by phone)

   Interested Party.

## COURTROOM MINUTES

**MOTION HEARING**

**1:36 p.m.**      **Court in session.**

Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *MOTION [61] to Quash Subpoena or, in the Alternative, Motion for a Protective Order Limiting Scope of Subpoena.*

Oral argument in regards to the motion.

Discussion regarding the redacted calendar Mr. Younger produced.  The defendant is not requesting any other documents from Mr. Younger for the deposition.  Mr. Younger requests the deposition take place at his office.

**ORDERED**:  Mr. Younger's deposition will take place at his office.  Mr. Younger will not be responsible for any travel costs incurred by the court reporter.

*MOTION [61] to Quash Subpoena or, in the Alternative, Motion for a Protective Order Limiting Scope of Subpoena* is **DENIED**.  Mr. Younger is required to bring the calendar he has already produced to the deposition.  The court is not ordering any further documents to be produced at the deposition.

**2:13 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:37

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.